Laura W. Smalley, Harris Beach PLLC, of Pittsford, NY, argued for plaintiffs-appellees. With her on the brief was Neal L. Slifkin.

James J. Merek, Merek, Blackmon & Voorhees, LLC, of Alexandria, VA, argued for defendant-appellant. With him on the brief was David H. Voorhees.

BRYSON, DYK, and PROST, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**

Christina J. Hieber, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for the Director of the United States Patent and Trademark Office. With her on the brief were Raymond T. Chen, Solicitor, and Thomas L. Casagrande, Associate Solicitor.

RADER, Chief Judge, LINN and WALLACH, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**

## In re COLLEN IP INTELLECTUAL PROPERTY LAW, P.C.

### Nos. 2012–1114, 2012–1115.

United States Court of Appeals, Federal Circuit.

Oct. 9, 2012.

Jeffrey A. Lindenbaum, Collen IP Intellectual Property Law, P.C., of Ossining, NY, argued for appellant.

## In re FREEDOM SCIENTIFIC, INC.

### No. 2012–1145.

United States Court of Appeals, Federal Circuit.

Oct. 15, 2012.

Aaron W. Moore, Foley & Lardner LLP, of Boston, MA, argued for appellant. With him on the brief was Matthew B. Lowrie.